# EXHIBIT 2

**Privileged and Confidential | Attorney Work Product**

| Claim Limitation | Example Infringement by Peppr Products and Services |
|---|---|
| 1. A method comprising: | Peppr provides "Everything You Need To Run Your Restaurant."  For example, Peppr provides "[i]ntegrations to connect everything" including "delivery services like DoorDash."  Peppr "[p]ower[s] your restaurant with flexible POS solutions and handheld POS devices that speed up service by 20%."  Its Kitchen Display System (KDS) "[r]eplace[s] your ticket printers with KDS displays that keep your kitchen running smoothly."  https://www.peppr.com/<br><br>Peppr explains that online orders "automatically appear in your POS," offering integration with delivery services like DoorDash.  https://www.peppr.com/products/ordering<br><br>Integrations "[c]onnect your POS with delivery, marketing, and management solutions that fit your needs." Integrations are available for DoorDash, Uber Eats, and others.  https://www.peppr.com/products/integrations<br><br>Peppr Dashboard configures integrations with service provider computing platforms, such as DoorDash, Uber Eats, GrubHub, and others:<br><br> |

https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding

With KDS, "[o]rders appear instantly," and there is "[n]o delay between POS and kitchen."  The KDS shows orders placed via integrations, such as DoorDash.



https://www.peppr.com/products/kds

| | |
|---|---|
| receiving, by a server from a plurality of service provider computers, a plurality of electronic messages corresponding to a plurality of requests, each electronic message comprising order data corresponding to each request, the order data of each electronic message comprising: | Peppr's products and services are cloud-based.  According to Peppr, a "[c]loud-based POS is key to scaling retail with real-time data and lower costs."  Further, according to Peppr, "[c]loud-based POS systems can be easily integrated with other business tools, such as . . . e-commerce platforms, and accounting software" and this kind of "integration streamlines operations and provides a holistic view of the business." https://www.peppr.com/blog/leveraging-cloud-based-pos-systems-for-business-scalability  See also https://www.peppr.com/products/pos, which is hosted by a server.  Peppr's cloud-based products and services therefore use at least one server.<br><br>Restaurants that use Peppr have access to Peppr Dashboard instances, part of the cloud-based POS, where restaurants onboard service provider computing platforms so that they can start receiving orders.  The Peppr Dashboard is accessed by logging in online at https://pos.peppr.com/.<br><br>Examples of "service providers," "service provider computers," and "service provider computing platforms," are Uber Eats, DoorDash, and GrubHub.  Peppr provides integrations with Uber Eats, DoorDash, GrubHub, and other service provider computing platforms when users select the Integrations tab in the Peppr dashboard instance. "Orders placed on the third-party will automatically display in your Peppr environment." https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding |



See https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding.

Peppr provides detailed instructions for onboarding different service provider computing platforms.  Ultimately, restaurants "[r]ead and approve of the notification for *when the integration will be activated*. . . .  Selecting the box to approve and selecting **Enable Now** will schedule activation by the day provided."  See https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding.



Restaurants can toggle between whether to accept or stop accepting orders from service providers.



See https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding.

Once integrations are configured and enabled (e.g., "turned on"), a Peppr server receives from these service provider computing platforms electronic messages corresponding to orders that have been placed.

Service provider computing platforms typically use RESTful APIs and webhooks for managing orders, transmitting data with JSON files.  This is true for service provider computing platforms such as DoorDash (*see, e.g.*, https://developer.doordash.com/en-US/docs/marketplace/how_to/order_integration/), Uber Eats (*see, e.g.*, https://developer.uber.com/docs/eats/references/api/integration_activation_suite), GrubHub (*see, e.g.*, https://grubhub-developers.zendesk.com/hc/en-us/articles/115004787843-Introduction-to-the-Order-Taking-API), and others.  These are examples of electronic messages, received by the Peppr server, once the service provider computing platform is successfully onboarded and enabled (e.g., "turned on").

Therefore, this limitation is met.

| at least one requested item, | Each order from a service provider computing platform includes at least one requested item.  The Peppr Dashboard causes menu availability to be set, which indicates which menu items are available for offer from the integration |
| --- | --- |

being set up.  https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding



A Menu Builder module causes sub-menus and items based on the order channel to be implemented (e.g., "turned on" or turned off").

One an integration is configured and enabled (e.g., "turned on"), "you'll be able to manage your third-party menu directly from the Peppr Dashboard.  Orders placed on the third-party will automatically display in your Peppr environment."  Further, menu "[u]pdates sync in near real-time after changes and publishes are made in Peppr." https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding

Example JSON files from providers like DoorDash, Uber Eats, and GrubHub, show structured text with indications of one or more items being ordered.  As one example, see the example GetOrder JSON snippet from Uber Eats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post. The `carts` element includes the sub-element `items` with `"id": "pizza_cheese"`. For a GrubHub example, see the `lines` element in the Order Sample Payload available from https://developer.grubhub.com/docs/3FrsnGXiR1Yt3Olm4sDWuM/order-workflow.  For a DoorDash sample order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which includes an `"items"` element that specifies in this example that the name of the item being ordered is a `"Burrito Scram-Bowl"`.

The Orders Hub, accessible via the POS, causes ordered item information to be displayed.  In the following example, "Diet Coke" is a requested item.



See https://peppr.zendesk.com/hc/en-us/articles/12685612865551-DoorDash-Dashboard-Plugin.

Further, an order must include at least one item being ordered. Therefore, this limitation is met.

| a first identifier of a user initiating the request, | Orders from service provider computing platforms include identifiers specifying the users initiating the requests, i.e., the persons the orders are for. |
| --- | --- |
| | Example JSON files from providers like DoorDash, Uber Eats, and GrubHub, show structured text with indications of one or more order-initiating customers.  As one example, see the example GetOrder JSON snippet from Uber Eats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post. The `customers` element includes the sub-element `name` with `"display_name": "Uber L"`. For a GrubHub example, see the `diner_info` sub-element under the `diners` element in the Order Sample Payload available from https://developer.grubhub.com/docs/3FrsnGXiR1Yt3Olm4sDWuM/order-workflow.  For a DoorDash sample |

order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which includes a "consumer" element that identifies first and last names, among other details.

The Orders Hub, accessible via the POS, includes a section for "customer," which lists the names of people who have placed orders.



See https://peppr.zendesk.com/hc/en-us/articles/12685612865551-DoorDash-Dashboard-Plugin.

Further, an order must specify who it is for.  Therefore, this limitation is met.

| a second identifier of at least one service provider computer within the plurality | Each order from a service provider computing platform includes an identifier specifying the platform via which the request was placed.<br><br>This is facilitated, in part, via a link to a specific service provider ordering page: |
| --- | --- |

| of service provider computers transmitting the electronic message to the server, and |  |
| | See https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding. |

Example JSON files from providers like DoorDash, Uber Eats, and GrubHub, show structured text with indications of one or more items being ordered.  As one example, see the example GetOrder JSON snippet from Uber Eats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post, where `"ordering_platform" : "UBER_EATS"`. For a GrubHub example, see the `brand` element, which specifies `"GRUBHUB"` in the Order Sample Payload available from https://developer.grubhub.com/docs/3FrsnGXiR1Yt3Olm4sDWuM/order-workflow.  For a DoorDash sample order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which specifies the `"experience"` as `"DOORDASH"`.

The Orders Hub, accessible via the POS, shows icons representing the service provider computing platforms via which the orders were placed.  In this example, Uber Eats and DoorDash icons are shown next to different orders.



See https://peppr.zendesk.com/hc/en-us/articles/12685612865551-DoorDash-Dashboard-Plugin.

Further, an order must specify the service provider computing platform via which it was placed, e.g., for reporting and other purposes.  The example report below shows summary sales data for different integrated service provider computing platforms.

| | Sales Summary | Sales Overview | **Sales Breakdown** | Definition | | | |

**Sales by Dining Options**

| Dining Option | Checks | Guests | Items | Net Sales | Gross Sales | Avg Check Size ⓘ | Taxes |
|---|---|---|---|---|---|---|---|
| Grubhub - Delivery | 1 | 1 | 3 | $48.87 | $53.17 | $48.87 | $8.80 |
| Uber Eats - Delivery | 1 | 1 | 1 | $20.20 | $20.20 | $20.20 | $3.64 |
| Fantuan - Delivery | 1 | 1 | 4 | $53.87 | $58.17 | $53.87 | $9.70 |
| Hungry Panda - Delivery | 1 | 1 | 4 | $53.87 | $58.17 | $53.87 | $9.70 |
| Total | 4 | 4 | 12 | $176.81 | $189.71 | $44.20 | $31.84 |

See https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding.

Therefore, this limitation is met.

| a third identifier of a merchant satisfying the request; | Orders from service provider computing platforms include identifiers specifying specific restaurants, i.e., the restaurants that ultimately will fulfill the order.<br><br>This is facilitated, in part, by the linkage between the service provider computing platforms services to the POS stations.  The POS stations receive orders via the Orders Hub running on the POS stations.  Each integration can only be linked to one POS station.  Here, the user is choosing between "Test" and "Main Terminal," each of which has an associated identifier. |
|---|---|



Example JSON files from providers like DoorDash, Uber Eats, and GrubHub, show structured text with indications of one or more order-initiating customers.  As one example, see the example GetOrder JSON snippet from Uber Eats' Order Fulfillment API Suite available at https://developer.uber.com/docs/eats/references/api/order_suite#tag/WebhookEvents/paths/webhookEvents/post. The `store` element includes sub-elements `"id": "bd1ed236-ee79-11ed-a05b-0242ac120003"` and `"name": "Uber's Pizza Palace"`. For a GrubHub example, see the `merchand_id` element in the Order Sample Payload available from https://developer.grubhub.com/docs/3FrsnGXiR1Yt3Olm4sDWuM/order-workflow. For a DoorDash sample order, see https://developer.doordash.com/en-US/docs/marketplace/reference/sample_order, which specifies a `"merchant_supplied_id"` in the `"store"` element.

Further, an order must specify the restaurant that is to fulfill that order.  Therefore, this limitation is met.

| executing, by the server, an extraction protocol | Service provider computing platforms typically use RESTful APIs and webhooks for managing orders, transmitting data with JSON files.  This is true for service provider computing platforms such as DoorDash (*see, e.g.,* https://developer.doordash.com/en-US/docs/marketplace/how_to/order_integration/), Uber Eats (*see, e.g.,* |

| | |
|---|---|
| to extract the order data corresponding to each request within each electronic message; | https://developer.uber.com/docs/eats/references/api/integration_activation_suite), GrubHub (*see, e.g.*, https://grubhub-developers.zendesk.com/hc/en-us/articles/115004787843-Introduction-to-the-Order-Taking-API), and others.<br><br>The Peppr server extracts order information from JSON files or the like – e.g., it extracts at least the items in the order, the person making the order, the service provider computing platform through which the order was placed, and the restaurant that is to fulfill the order – in accordance with a protocol consistent with the JSON or other schema or the like, so that the integrations can operate as intended.  Therefore, this limitation is met. |
| identifying, by the server, a client computing device associated with the merchant; | The Peppr server identifies the POS associated with the integration, which is specified at the time the integration is onboarded.<br><br>This is facilitated, in part, by the linkage between the service provider computing platforms services to the POS stations.  The POS stations receive orders via the Orders Hub running on the POS stations.  Online orders automatically appear in the specified POS, and each integration can only be linked to one POS station.  "Once the third-party integration is live, orders will not appear in any other POS or the third-party tablet."  In the following example, the restaurant is choosing either "Test" or "Main Terminal" as the POS to automatically synchronize with.  Each POS has an associated identifier. |



See https://peppr.zendesk.com/hc/en-us/articles/14592390190351-UberEats-GrubHub-Fantuan-HungryPanda-Integration-Settings-Onboarding.

Further, an order must specify the restaurant that is to fulfill that order.  Therefore, this limitation is met.

| | |
|---|---|
| generating, by the server, a machine-readable file comprising the extracted order data; and | As shown above, service provider computing platforms typically use RESTful APIs and webhooks for managing orders, transmitting data with JSON files.  Peppr's server reformats the extracted information about the order into a machine-readable format.  This extracted information is transmitted from the Peppr server to a POS endpoint in the form of a file, which the Peppr server generates.  Therefore, this limitation is met. |
| transmitting, by the server, the machine-readable file to the identified client computing device, whereby | The extracted information about the order is transmitted to the POS associated with the integration, which is specified at the time the integration is onboarded.  Doing so populates a graphical user interface with information about the order, including indicators for items being ordered and indicators of the service provider computing platform via which the request was placed. |

| the identified client computing device populates a graphical user interface according to the machine-readable file, the graphical user interface comprising a first indicator corresponding to the requested item and a second indicator corresponding to the second identifier. | The POS system to which the integration is connected will display this kind of information via Orders Hub.  Online orders "automatically appear in your POS," offering integration with delivery services like DoorDash. https://www.peppr.com/products/ordering  Specifically, when a new order is received, a notification bubble will appear on the Orders Hub module, and a notification message will also appear in the upper-right corner of the POS.  "Clicking these will show a list of incoming orders. . . .  Select any order to view its full details in the Orders Hub."  Moreover, "[t]he Orders Hub enables you to view all online and scheduled orders by status." https://peppr.zendesk.com/hc/en-us/articles/11594970849295-Manage-Online-Orders-with-Orders-Hub |
|---|---|
| | The Orders Hub, accessible via the POS, shows "Diet Coke" as a requested item, and includes icons representing the service provider computing platforms via which the orders were placed Uber Eats and DoorDash in this example).  Other information from the received file also is displayed. |
| |  |
| | See https://peppr.zendesk.com/hc/en-us/articles/12685612865551-DoorDash-Dashboard-Plugin. |

KDS likewise will display this kind of information.  The following image shows several items ordered via DoorDash as an example.



Peppr controls and directs operations of the POS and KDS.

Therefore, this limitation is met.